UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROSA A. GUZMAN,

              Plaintiff,

   -against-

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

              Defendant.
-----------------------------------------------------x

**MEMORANDUM & ORDER**

13-CV-02243 (FB)

*Appearances:*

| *For the Plaintiff:* | *For the Defendant:* |
|---|---|
| CHARLES E. BINDER | ROBERT L. CAPERS |
| Law Offices of Harry J. Binder | United States Attorney |
| & Charles E. Binder, P.C. | Eastern District of New York |
| 60 East 42nd Street, Suite 520 | 271 Cadman Plaza East |
| New York, New York 10165 | Brooklyn, New York 11201 |
| | |
| | By: KAREN T. CALLAHAN |
| |     Special Assistant United States Attorney |

**BLOCK, Senior District Judge:**

     Having independently determined the following–that the plaintiff's contingent-fee arrangement has yielded a reasonable result in this particular case, as required by 42 U.S.C. § 406(b)(1), and that it is not tainted by fraud or overreaching or awards an improper windfall to plaintiff's counsel, *see Wells v. Sullivan*, 907 F.2d 367, 372 (2d

Cir. 1990) (requiring courts to consider these factors when weighing the validity of such arrangements)–and with the Commissioner's recommendation, plaintiff's petition for attorney fees in the amount of $17,852 is GRANTED. Upon receipt of this sum, in accordance with his representations to the Court, plaintiff's counsel is to remit $6,164.05 that he received under the Equal Access to Justice Act to plaintiff.

**SO ORDERED**

/S/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
February 7, 2017